*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 3/18/2015



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br>HOWARD J. MCLEMORE,<br>  Debtor. | Case No. 14-009320<br>Chapter 13<br>Judge Mashburn |
| HOWARD J. MCLEMORE,<br>  Movant,<br>v.<br>BANK OF AMERICA, N.A.,<br>  Respondent. | **CONTESTED MATTER** |

**AGREED ORDER RESOLVING DEBTOR'S OBJECTION TO CLAIM OF BANK OF AMERICA, N.A. AND BANK OF AMERICA, N.A.'S OBJECTION TO CONFIRMATION**

This matter is before the Court on the Debtor's Objection to Claim of Bank of America, N.A., [Doc. 27], and Bank of America, N.A.'s Objection to Confirmation, [Docs. 18, 19]. As evidenced by the signatures of counsel below, the parties have come to an agreement on these matters, and the Court hereby **ORDERS** as follows:

  a) Claim No. 3, filed by Bank of America, N.A., is hereby reduced by $4,000.00 and deemed an allowed secured claim in the amount of $50,971.50;

  b) Claim No. 3 shall be treated as a fully secured claim to be paid in full by the Trustee under Section 5.02(a) of the Debtor's Plan; and

  c) In the event that this case is converted to Chapter 7 or dismissed prior to the Debtor receiving a discharge, the reduction in Claim No. 3 shall not be binding on Bank of

1

America, N.A. in any subsequent attempts to collect on its debt or foreclose on the collateral securing repayment of the debt.

**SO ORDERED.**

**[END OF DOCUMENT]**

**CONSENTED TO AND APPROVED FOR ENTRY:**

| | |
|---|---|
| */s/ Bret J. Chaness* | */s/ E. Covington Johnston (by BJC w/permission)* |
| BRET J. CHANESS (BPR # 31643) | E. COVINGTON JOHNSTON (BPR # 4408) |
| **RUBIN LUBLIN TN, PLLC** | **JOHNSTON & STREET, PLLC** |
| 3740 Davinci Court, Suite 150 | 236 Public Square, Suite 103 |
| Peachtree Corners, GA 30092 | Franklin, TN 37064 |
| (678) 281-2730 (Telephone) | (615) 791-1819 (Telephone) |
| (404) 921-9016 (Facsimile) | (615) 791-1418 (Facsimile) |
| bchaness@rubinlublin.com | ecjohnston@johnstonandstreet.com |
| *Attorney for Bank of America, N.A.* | *Attorney for Debtor* |

2

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:14-bk-09320    Doc 39    Filed 03/18/15    Entered 03/18/15 12:42:13    Desc Main
Document      Page 2 of 2